NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES McCLOUD,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-592
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


            Affirmed.  See McCloud v. State, 225 So. 3d 815 (Fla. 2d DCA 2017)

(table decision); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Fitzpatrick v.

State, 868 So. 2d 615 (Fla. 2d DCA 2004).


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.